467 F.2d 486
 Kenneth STANLEY, d/b/a Wayne Maid Farms, Plaintiff-Appellant,
v.
WILLIAM DAVIES CO., INC., d/b/a Shur-Gain Feed Division of
William Davies Co., Inc. and also d/b/a Swisher
Feed Division of William Davies Co.,
Inc., Defendant-Appellee.
 No. 71-2751 Summary Calendar.**
 United States Court of Appeals,
Fifth Circuit.
 Oct. 25, 1972.
 
 Before BELL, DYER and CLARK, Circuit Judges.
 PER CURIAM:
 
 
 1
 Affirmed: See Local Rule 21.[1] The charge to the jury with respect to the inference to be drawn from the failure of appellant to produce witnesses was warranted and therefore not error. Georgia Southern & Florida Railway Company v. Perry, 5 Cir., 1964, 326 F.2d 921, 924-925.
 
 
 
 **
 Rule 18, 5 Cir.; see Isbell Enterprises, Inc. v. Citizens Casualty Company of New York et al., 5 Cir. 1970, 431 F.2d 409, Part I
 
 
 [1]
 See NLRB v. Amalgamated Clothing Workers of America, 5 Cir. 1970, 430 F.2d 966